Case 8:12-cr-00159-RAL-EAJ Document 60 Filed 06/18/15 Page 1 of 1 PageID 170

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ADAM HERNANDEZ | )<br>)<br>)  Case No: 8:12-cr-159-T-26EAJ<br>)<br>)  USM No: 56479-018 |
| Date of Original Judgment: 9/14/2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  AFPD Conrad B. Kahn<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ✓ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___60___ months **is reduced to** ___46 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  Sept. 14, 2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  6/18/2015

Effective Date:  11/1/2015
*(if different from order date)*

RICHARD A. LAZZARA, United States District Judge
*Printed name and title*